# UNITED STATES DISTRICT COURT
for the

Garred F. Norman
*Plaintiff(s)*
v.
The State Bar of California Lawyer referral Service

*Defendant(s)*

Civil Action No. CV26.04949 LJC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
The State Bar of California Lawyer referral Service
Executive Director Leah T. Wilson
180 Howard Street
San Francisco, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Garred Farrell Norman
PO Box 164
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Garred F. Norman
*Plaintiff(s)*
v.
The Federal Bureau of Investigation, Federal Agent, Coach John Doe, et al.,
*Defendant(s)*

Civil Action No. CV26.04949 LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Federal Bureau of Investigation, Federal Agent, Coach John Doe, BKA Helicopterman, 935 Pennsylvania Avenue, NW Washington, DC 20535 or 450 Golden Gate Avenue, 13th Floor San Francisco, CA 94102-9523

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garred Norman
P.O. Box 104
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Gared Farrell Norman
*Plaintiff(s)*
v.
Contra Costa County Lawyer Referral Service Executive Director Jody Lorns
*Defendant(s)*

Civil Action No. CV26.04949 LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Contra Costa County Lawyer Referral Service
Executive Director Jody lorns
One Concord Center
2300 Clayton Road, Suite 520, Concord, CA 94520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garred Norman
P.O Box 164
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Garred F. Norman
*Plaintiff(s)*
v.
U.S Department of Justice
*Defendant(s)*

Civil Action No. CV26.04949 LJC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S Department of Justice/Attorney General/ Pamela Bondi
950 Pennsylvania Avenue, NW
Washington, DC 20535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Oakland Garred Norman
P.O Box 104
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Garred Farrell Norman
*Plaintiff(s)*

v.

The Bar of San Francisco Lawyer referra Service chief Executive officer Yolanda Jackson
*Defendant(s)*

Civil Action No.

CV26.04949

LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Bar Association of San Francisco/Lawyer referral Service, chief Executive officer yolanda Jackson, 50 Fremont street, Suite 1700, San Francisco CA 9405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garred Norman
P.O. Box 104
Oakland CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Garred F. Norman
*Plaintiff(s)*
v.
Governor Gavin Newsom
1021 O Street, Suite 900
Sacramento, CA 95814
*Defendant(s)*

Civil Action No. CV26.04949 LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Governor Gavin Newsom
1021 O Street, Suite 900
Sacramento, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Garred Norman
P.O Box 104
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

[signature]
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Garred Farrell Norman
*Plaintiff(s)*
v.
The California Department of Justice, Attorney General Rob Bonta
*Defendant(s)*

Civil Action No. CV26.04949 LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The California Department of Justice
Attorney General Rob Bonta
1300 I St
Sacramento, CA 95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Garred Norman
P.O Box 104
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Garred Farrell Norman

Plaintiff(s)

v.

The United States Federal District Court, Judge Richard seeborg,

Defendant(s)

Civil Action No. CV26 04949 LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States Federal District Court/Referral Lawyer Service
Judge Richard seeborg
450 Golden Gate
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Garred Norman
P.O Box 104
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Garred F. Norman
*Plaintiff(s)*
v.
The LSC corporation
President John Levi
*Defendant(s)*

Civil Action No. CV26 04949

LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The LSC corporation
President John Levi
1825 I street NW, Suite 800
Washington, DC 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Garred Norman
P.O Box 104
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Garred Farrell Norman
*Plaintiff(s)*
v.
The Los Angeles County Bar Association Smartlaw Director Stanley S. Bissey
*Defendant(s)*

Civil Action No.
**CV26.04949**
**LJC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Los Angeles County Bar Association/Smartlaw Lawyer Referral Service/Executive Director Stanley S. Bissey
444 South Flowers Street, Suite 2500, LA, CA 90071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garred Norman
P.O Box 104
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Garred Farell Norman
*Plaintiff(s)*

v.

The Alameda County Bar Association Lawyer Referral Service, Chief Executive Officer Hadassah Hayashi
*Defendant(s)*

Civil Action No. CV26.04949 LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Alameda County Bar Association. Lawyer Referral Service, Chief Executive Officer Hadassah Hayashi
548 Market St, PMB 22692, San Francisco, CA 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garred Norman
P.O Box 104
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Garred Farrell Norman
*Plaintiff(s)*
v.
Lawyer Committee for Civil Rights, Lawyer Referral service, Executive Director Brance Sierra Wolff
*Defendant(s)*

Civil Action No. CV26 . 04949

LJC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Lawyer Committee for Civil Rights
Lawyer referral service, Executive Director
Brance Sierra Wolff, 131 Stewart Street, Suite 400
San Francisco, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garred Farrell Norman
P.O Box 104
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Garred F. Norman
*Plaintiff(s)*

v.

Sacramento County Bar Association, Executive Director Tom Roberts
*Defendant(s)*

Civil Action No. CV26.04949 LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sacramento County Bar Association / Lawyer referral Service, Executive Director Tom Roberts, 425 University Ave, Ste 120, Sacramento, CA 95825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garred Norman
PO Box 164
Oakland, CA 94604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 26 2026

*Signature of Clerk or Deputy Clerk*