ROB BONTA
Attorney General of California
JESSICA R. MAREK
Supervising Deputy Attorney General
PARRY A. BLACK, State Bar No. 291472
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3366
Fax: (415) 703-1107
E-mail: Parry.Black@doj.ca.gov
*Attorneys for Defendants Governor Gavin Newsom and Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**GARRED FARRELL NORMAN,**

Plaintiff,

**v.**

**U.S. DEPARTMENT OF JUSTICE, ATTORNEY GENERAL PAMELA BONDI, THE FEDERAL BUREAU OF INVESTIGATION FEDERAL AGENT (COACH) JOHN DOE, BKA HELICOPTERMAN, THE UNITED STATES FEDERAL DISTRICT COURT JUDGE RICHARD SEEBORG, GOVERNOR GAVIN NEWSOM, THE CALIFORNIA DEPARTMENT OF JUSTICE ATTORNEY GENERAL ROB BONTA, THE LSC CORPORATION, THE STATE BAR OF CALIFORNIA (SBOC) LAWYER REFERRAL SERVICE, THE LOS ANGELES COUNTY BAR ASSOCIATION SMARTLAW/LAWYER REFERRAL SERVICE, THE BAR ASSOCIATION OF SAN FRANCISCO LAWYER REFERRAL SERVICE, THE ALAMEDA COUNTY BAR ASSOCIATION LAWYER REFERRAL SERVICE, LAWYER COMMITTEE FOR CIVIL RIGHTS LAWYER REFERRAL SERVICE, SACRAMENTO COUNTY BAR ASSOCIATION, CONTRA COSTA COUNTY LAWYER REFERRAL SERVICE, SANTA CLARA COUNTY**

3:26-cv-4949-LJC

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT**

Date: August 4, 2026
Time: 10:30 a.m.
Courtroom: G
Judge: The Honorable Lisa J. Cisneros
Trial Date: none set
Action Filed: May 26, 2026

BAR ASSOCIATION,

Defendants.

The Court, having reviewed and considered the moving and opposing papers submitted in conjunction with Defendants' motion, having heard and considered the arguments of the parties, and good cause appearing, this Court hereby **GRANTS** Defendants' motion to dismiss and **ORDERS** as follows:

1. That Defendants' motion is GRANTED.

2. That Plaintiff's claims against Defendants Gavin Newsom, Governor of California, and Rob Bonta, Attorney General of the State of California, are dismissed in their entirety without leave to amend under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

______________________________
HON. LISA J. CISNEROS