# <u>DECLARATION OF SERVICE BY U.S. MAIL</u>

Case Name: **Norman v. CA DOJ**
No.: **3:26-cv-4949**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>June 18, 2026</u>, I served the attached **MOTION TO DISMISS COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 2550 Mariposa Mall, Room 5090, Fresno, CA 93721-2271, addressed as follows:

Garred Farrell Norman
P.O. Box 104
Oakland, CA 94604
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 18, 2026, at Fresno, California.

| Christine Henson | ***/s/ Christine Henson*** |
|---|---|
| Declarant | Signature |

SF2026900438
95721271