United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARRED FARRELL NORMAN,
Plaintiff,

v.

PAMELA BONDI, et al.,
Defendants.

Case No. 26-cv-04949-AMO

**ORDER DENYING MOTION FOR STAY**

Re: Dkt. No. 16, 19

Before the Court is Plaintiff Garred Farrell Norman's self-styled "motion for stay based on discrimination of plaintiff and his family's constitutional right to hire an attorney." Through his motion, Norman requests a stay of the proceedings "until the defendants stop interfering with Plaintiff and his family's constitutional rights to hire an Attorney to support Plaintiff's cases." Dkt. No. 16 at 1. Norman fails to identify any factual support for the premise that he suffers discrimination, and in bold text, he clarifies, "My request to hire an Attorney is a Constitutional liberal legal right to hire an Attorney equal to the defendants." *Id.* at 4.

The Court agrees. Norman is free to find and retain counsel of his choice. The Court notes, however, there is generally "no constitutional right to counsel in a civil case." *Adir Int'l, LLC v. Starr Indem. & Liab. Co.*, 994 F.3d 1032, 1038-39 (9th Cir. 2021) (internal citation omitted). Accordingly, Norman's interest in hiring counsel does not represent a legal basis for staying the case. Norman, overall, fails to identify good cause for a stay of the case he filed on his own behalf.

//

//

//

United States District Court
Northern District of California

The Court DENIES Norman's motion for a stay. The Court VACATES all motion hearings and scheduled conferences along with associated deadlines. The Court TERMINATES as moot Defendant Leah Wilson's administrative motion to continue the case management conference. Dkt. No. 19. The Court will resolve the pending motions to dismiss on the papers.

**IT IS SO ORDERED.**

Dated: July 23, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**