Garred Farrell Norman
P.O Box 104
Oakland,CA,94604
Phone#(510)646-7815
Garred Farrell Norman, IN PRO PER

UNITED STATES FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED FARRELL NORMAN,<br>Plaintiff,<br>vs.<br>U.S DEPARTMENT OF JUSTICE<br>ATTORNEY GENERAL PAMELA BONDI.,ET AL,<br>Defendant. | Case No.: 4:26-cv-04949-AMO<br><br>PLAINTIFF IS HERBY APPEALING THE COURT ORDER DENYING HIM A FUNDAMENTAL RIGHT TO HIRE AN ATTORNEY |

Plaintiff is hereby moving the United States Federal District Court appealing the court order denying Plaintiff's motion for stay based on Discrimination. “The court says that they agree…that Norman is free to find and retain counsel of his choice.” However, the State Bar of California and U.S District Court and the defendants have continuously interfered with Plaintiff Constitutional fundamental rights to hire and retain an Attorney, which is a Substantial due process right which is rooted in the 5th and 14th amendment for all citizens and non-citizens.

Nevertheless, the Defendants were able to hire and retain counsel for themselves but the court and the defendants have discriminated against Plaintiff in the United States Federal District Court for the past 40 years in denying him the right to counsel and using FBi Agents to sabotage and destroy Plaintiff cases before the court.

**Please see Plaintiff’s motion for Stay based on discrimination filed in the United States Federal District Court.**

Court of Appeals Judges, please be so kind and read the entire body of Plaintiff's motion for stay, because the Federal court Judge and Clerk turn their back on a fundamental right that is available to all citizens and non citizens.

Lastly, I believe the defendants are disenchanted with Plaintiff, because Plaintiff believes that he has Just caught some Federal Agents and Police Officers and some fake thugs who thought they were going to get away with a murder and attempted murder and a host of other crimes. Federal Judges, Superior Court Judges, Corrupt Federal Agents and Police Officers supported these criminals.

DATED: July 24, 2026

GARRED FARRELL NORMAN

In Pro Per