Garred F. Norman
P.O Box 104
Oakland,CA 94604
Phone: (510) 646-7815
Email: 1family1pk@gmail.com

7.27.26

Greeting Dignitaries and Pastors,

My ex-wife is an FBi Agent and I believe now our two daughters are FBi Agents who were forced to work at the Bureau. Federal Agents committed very violent acts against us and our children.

I am seeking to speak before Congress regarding urgent matters of suspected FBi Agents for murders, FBi Agents attempted murders of our FBi Agent family, FBi Agents attempted murders of our Children, FBi Agents prostitution of women,FBi Agents sexual and physical abuse of women and children.

Please see my amended Affidavit recently filed in the United States Federal District Court of Northern California on July 6, 2026, regarding the Federal Bureau of Investigation, attached to this correspondence.

Lastly, I am seeking to speak before Congress and I am seeking a Federal Probe regarding these matters and on other criminal matters involving the FBi and need your urgent support.

Thank you in advance for taking a moment to read this correspondence. I am looking forward to speaking you and meeting with you as soon as possilbe.

Sincerely,

G F. Norman

Garred Farrell Norman

**RECEIVED**

JUL 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CC#

1.The 'White House
President Donald Trump
1600 Pennsylvania Ave NW,
Washington, DC 20500

Garred F. Norman
P.O Box 104
Oakland,CA 94604
Phone: (510) 646-7815
Email: 1family1pk@gmail.com

7.27.26

2. U.S House of Congress
The Clerk of the house
The Honorable Kevin F. McCumber
Deputy Clerk Lisa Grant
Clerk Office
U.S Capitol Room H-154
Washington,DC 20515-6601

3. Congressman Hakeem Jefferies
2267 Rayburn House
Office Building
Washington,DC 20515

4. 445 Neptune Avenue, 1st Floor
Community Room 2C
Brooklyn, NY 11224
Phone: (718) 373-0033

5. Congresswoman Maxine Waters
13605 Hawthorne Blvd.
Hawthorne, CA 90250
Phone: (323) 757-8900

6. Congressman Ami Bera
8950 Cal Center Drive
Building 3, Suite 100
Sacramento, CA 95826
Phone: (916) 635-0505

7. Congresswoman Zoe Lofgren
635 N 1st St,
San Jose, CA 95112
Phone: (408) 271-8700

Garred F. Norman
P.O Box 104
Oakland,CA 94604
Phone: (510) 646-7815
Email: 1family1pk@gmail.com

7.27.26

8. Congresswoman Doris Matsui
501 I Street, Suite 12-600
Sacramento, CA 95814
Phone: (916) 498-5600

9. FBI Headquarters
Director Kash Patel
935 Pennsylvania Avenue,NW
Washington,DC 20535-0001

10. U.S. Department of Justice
Criminal Division
Assistant Attorney General
A. Tysen Duva
950 Pennsylvania, NW
Washington,DC 20530-0001
Phone# (202) 514 2000
(202) 514-3435

11. Franchise Tax Board
State Controller Malia H. Cohen
300 Capitol Mall, Suite 1850
Sacramento, California 95814
Phone (916) 445-2636

12. The State Department of Justice,(SDOJ)
California Attorney General Rob Bonta
1300 I Street
Sacramento,CA 95814-2919
Phone# (916) 445-2821

Garred F. Norman
P.O Box 104
Oakland,CA 94604
Phone: (510) 646-7815
Email: 1family1pk@gmail.com

7.27.26

13. United States Federal District Court
Office of the Clerk
Judge James Ware
280 S 1st St,
San Jose, CA 95113
(408) 535-5363

14. United States Federal District Court
Office of the Clerk
Clerk Ron Davis/Family
280 S 1st St,
San Jose, CA 95113
(408) 535-5363

15. U.S Senator Alex Padilla
600 B Street
Suite 2240
San Diego, CA 92101
(619) 239-388

16. Office of Governor, (OIG)
Governor Gavin Newsom
1021 O Street,Suite 9000
Sacramento,CA 95814
Phone: (916) 445-2821

17. City of Los Angeles
Mayor Karen Bass Office
200 North Spring St
Los Angeles,CA 90012
(213) 978-0600

18. City of Oakland
Mayor Barbara Lee
1 Frank Ogawa Plaza
Oakland,CA 94612
Phone: (510) 238-3142

Garred F. Norman
P.O Box 104
Oakland,CA 94604
Phone: (510) 646-7815
Email: 1family1pk@gmail.com

7.27.26

19. Los Angeles Police Department
Chief of Police Jim McDonnell
100 West First St
Los Angeles,CA 90012
(213) 486-0150

20. National Action Network (NAN)
Reverend Al Sharpton
106 West. 145 Street
Harlem, New York, 10039
Phone: (212) 690-3070

21. Rainbow Push Coalition
Reverend Jesse Jackson
930 East 50th Street
Chicago,IL 60615
Phone: (773)- freedom

22. National Advancement of Colored People (NAACP)
President Derrick Johnson
4805 Mt Hope Drive
Baltimore,MD 21215
Phone: (410) 580-5777

23. Superior Court of San Jose
Judge LaDoris Cordell
191 North First St
San Jose,CA, 95113
(408) 882-2100

24. EEOC Headquarters
Chair Andrea R. Lucas
131 M Street, NE
Washington,DC 20507
1 (800) 669=6820

Garred F. Norman
P.O Box 104
Oakland,CA 94604
Phone: (510) 646-7815
Email: 1family1pk@gmail.com

7.27.26

25. Travis AirForce Base
Colonel Brandon R. Shroyer
690 Airmen Dr.
Travis Afb,CA 94535
(707) 424-1110
(707) 424-2010

26. West Angeles Church of God in Christ
Pastor Charles Blake II
3600 Crenshaw Blvd
Los Angeles,CA 90016
Phone: (323) 733-8300

27. Crenshaw Christian Center
Ever increasing Faith Ministries
Pastor Frederick Price, JR
7901 S.Vermont Avenue
Los Angeles,CA 90044
Phone: ((323) 758-3777

Garred Farrell Norman
P.O BOX 104
OAKLAND,CA 94604
Ph#(510) 646-7815
email:1FAMILY1PK@GMAIL.COM

GARRED F. NORMAN, IN PRO PER

FILED
JUL 06 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garred Farrell Norman,<br>Plaintiff,<br>vs.<br>U.S Department of Justice,et al.,<br>Defendants | Case No.:26-CV-04949 AMO<br><br>AMENDED AFFIDAVIT & REQUEST FOR A FEDERAL PROBE<br><br>PLAINTIFF CONSTITUTIONAL RIGHT TO HIRE AN ATTORNEY AND REQUEST FOR A FEDERAL PROBE FOR (SUSPECTED) FBI MURDERS,FBI AGENTS ATTEMPTED MURDERS,FBI AGENTS ATTEMPTED MURDERS OF CHILDREN,FBI AGENTS PROSTITUTION OF WOMEN, FBI AGENTS SEXUAL AND PHYSICAL ABUSE OF WOMEN & CHILDREN AND KIDNAPPING. |

DATED: July 2, 2026

Your signature

G.F. Norman

Garred Farrell Norman

In Pro Per

Plaintiffs is submitting said Amended declaration in support of his Constitution Rights to hire an Attorney, FOIA request and request that the U.S Department of Justice and Judges on this **brutal murder fight investigation** file criminal charges against corrupt FBi Agents and corrupt Police officers based on some of the below issues:

**Federal Agents worked on this fraudulent murder investigation while drugging me up for around 40 years spending millions of unnecessary taxpayer dollars pocketing money for their retirement accounts off the blood of a suspected dead black FBi Agent.**

As a former Probation Counselor,Youth Counselor and Real Estate Broker, I could help them solve this case with **one phone call,** if they needed help. I would have loved to help them, but they didn't ask me and they refused to accept my help.

Contrary, I don't believe they needed help with this murder case. **I believe the FBi and the Los Angeles Police Department are responsible for this brutal fight murder of a suspected black FBi Agent and they attempted to murder our FBi Agent family.** I believe they attempted to transfer this murder over to myself, suspect Dale Renfro and suspect Monie Williams. Monie and Dale may have accidentally committed this crime, but I believe they were deceived into committing this crime by corrupt FBi Agents. If you check Mr. Williams's and Mr. Renfro's background for any other violence, I believe you will not find that they had any altercations with anyone growing up, but with the exception of what I heard, Mr. Williams defeated a neighborhood bully gangster named Butchy Rimbo. I would talk to their white basketball coaches at San Pedro High School about these men's behaviors and their teammates. **I believe Stanford Graduate Novian Whitsitt and U.C Santa Cruz Graduate Thomas Mellet are Dale Renfro and Monie Williams basketball teammates. They may be able to assist.**

No stranger or out of town person has ever come into San Pedro,CA, which I had a fight or altercation with. The only bullies I remember having to defend myself against were from our neighborhood of San Pedro,CA. In addition, I destroyed the FBi Murder and Rape investigation against me using there own employees.

Moreover, I believe this entrapment for me arose out of a confrontation I had with a white Lady 7 '11 clerk who attacked me outside of her store in San Pedro,CA, dating back 48 years ago and a white San Pedro Police Officer, nick named Jinx, unlawfully arrested me for defending myself against her and another San Pedro Police Officer called me a nigger attempted to shoot me down for no reason.

What I know now about corrupt FBi Agents is that they are going to study you like an opponent and look for your perceived areas of weaknesses and that is where they are going to attack you.

**If they cann't win on a corrupt investigation against you in your normal state of mine, they are going to result to other unlawful tactic like, attempting to kill you, drugging you into a murder or rape conviction that you didn't commit and assassinate your character. They are going to attempt to railroad you to jail on false charges.**

FBi Agents are enraged with me, because I am reporting their unlawful behaviors which are contrary to the Constitution of the United States that they model themselves after.

Again, FBi Agents have been drugging Plaintiff up for around 40 years until my hair turned gray,teeth fell out, caused memory loss and physical damage to my body and even though I have paid insurance working for Amazon, FBi Agent Helicopter man is using FBi Agent Doctors to prohibit Plaintiff from obtaining proper medical care and an MRI of my brain with contrast. He instructs the doctors to give me an MRI without contrast, so it will not show any significant damage to my brain. **He is attempting to hide evidence like he has been doing in this fraudulent murder investigation.** Also, he has instructed the FBi Dentists not to provide Plaintiff with urgent Dental Services after he caused major damage to my teeth. **Please see my attached list of health issues as Exhibit A, dated July 2,2026,**

In addition, FBi Agents are sexually and physically abusing young children and pimping and prostituting their own daughters and kids into licensed prostitution for the FBi. They force and deceive them with money, food and so called power.

FBi Agents at my former employer with Eastfield Ming Quong used a little white boy to grab my penis and one little white boy there approached me and told me that I had, " a big dick/ penis."

Also, they had a white prostitute help drug me up to have sex with me at work.

An Asian FBi Agent woman stated to Plaintiff, "that she doesn't think that we are compatible, because I want eat her vagina."

A White FBi Agent woman drugged Plaintiff up and wanted to have sex with me while

she held on to her baby in the bed. Also, while drugged and drunk, I urinated out of her second story apartment window.

A White FBi Agent woman carried a venereal disease with lice/crabs on her vagina attempting to give it to me.

In addition, some FBi Agent prostitutes had herpes on their mouths.

FBi Prostitutes found out that Plaintiff is a one woman man. So they told their superiors and then they counter and drug me up, because I used to turn down sex from their prostitutes and asked them to leave my apartments and hotels. They then drugged me into having sex with them and forced sodomy on me.

**FBi Agent literally said that they wanted me the former Muslim by any means necessary and not the murderer or murderers. Also, I heard them say that, "we are going to get him in San Jose,CA." These corrupt Federal Agents failed.**

FBi Agents killed our unborn child from my FBi Agent ex-wife, because we defeated their white FBi Agents around 40 years ago at a night club in San Jose,CA, who were verbally and physically attacking me and another black man. We repeatedly asked them to leave us alone, but they continued. Now, I heard allegedly that a black man was beaten to death in San Pedro,CA. One can infer that if I didn't allow two white men to beat on us black men, why would I allow someone to beat another black man to death 40 years ago? This is basic commonsense. I was just at the club dancing and having fun that night. I don't think a murderer would be out having fun dancing. Also, at that night club, I drove my immaculate Porsche yellow Europeaning Capri that stated Prep on the license plate not gangster. My car modernized the car industry today. Also, I used to attend church and was going to college in San Jose at the time.

Furthermore, we defeated two other white FBi Agents in downtown San Jose,CA, who were doing the same as the night club agents. One white FBi Agent in downtown San Jose,CA stabbed me with a knife and was never prosecuted. Again, I had to defend myself against a white Lady Clerk at a 7 '11 store who was verbally and physically attacking me as well.

FBi Agents abuse Whites, Blacks,Latinos, and Asian Prostitutes. They give them bonuses to practice immoral and sexual acts on Citizens.

Also, they had prostitutes drug Plaintiff up and then instructed me "to have sex with

them in the anus and one "stated, "that the penis goes in easily."

Some FBi prostitutes drugged me up and immediately pulled down my pants to give oral sex. Another white FBi Agent woman stated that she wanted to," suck me off."

An Asian FBi prostitute drugged me up and showed Plaintiff how to masturbate.

FBi Agents also drugged me up and forced Plaintiff to marry an FBi Prostitute for around twenty years.

They also drugged Plaintiff up and attempted to get me to kill my eldest daughter and had two little white boys punch her in the stomach in pre- school and a white school teacher assaulted her at school as well.

FBi Agents then profiled our youngest child at her hospital visits and gave her double dosages of adult medicine with steroids so she would commit suicide. Also, I believe an FBi Agent white school teacher pushed her on the concrete head first in pre-school that caused her to burst her head on the concrete and she developed a large gash on her forehead and another white FBi Agent teenage young man at her new pre-school kicked her in the head with such force with a school yard soccer ball that caused her little head to roll back and a black girl FBi Agent girl choked her out until she couldn't breath.

Also, in Pre-school and during regular school, FBi Agents sent their kids to beat on our two daughters and some FBi Agent adults assaulted our kids as well. Now the Head FBi Agent over this murder investigation denies these ladies mental support and the right to see their dad on a regular basis. **The head FBi Agent over this murder investigation never arrested anyone who violently assaulted our children and almost killed them.**

They also drugged Plaintiff up and kidnapped our two daughters from me and destroyed their college and sports careers and the Head FBi Agent over this murder investigation forces our eldest daughter to take care of his personal dogs.

I believe black FBi Agent Phillip Jefferson and Mexican FBi Agent Larry Camez and fake black thug Dale Renfro and fake black thug Monie Williams and white San Pedro Police officer Jinx and his white Captain are the **proximate cause** of this murder and attempted to cover up/shield themselves from this unlawful crime by using fake thug

Dale Renfro, fake thug Monie Williams and myself. They have failed against me an innocent man miserably.

**I believe that I have figured this murder investigation out and only need one piece of evidence to prove my case against the FBi and the San Pedro Police Department, the background of suspect FBi Agent Mr. Phillip Jefferson. The FBi is refusing to provide Plaintiff with that information. Please see my FBi FOIA request for Mr. Jefferson background attached to this Affidavit as Exhibit B, dated December 31,2025.**

**Now let us take a look at the head FBi Agent (Coach) Helicopterman entrapment/paradigm for Plaintiff and how FBi Agents systematically attempted to drug me to convictions and entrap me for this brutal fight murder which I didn't witness nor commit nor have any knowledge of using FBi Agents,Police Officers and fake thugs and prostitutes.**

**White FBi Agent Helicopoter man,** is simply attempting cover and shield his Federal Agents from the suspected murders and attempted murders of our FBi Agent family and he used a psychological technique on me to force me to call my youngest daughter a "nigger" in San Jose,CA. I have never used such language toward her or anyone else in my life. I don't even use that word even in a joking manner. Now what is FBi Agent Helicopter state of mind, given this kind of behavior. One can infer that he is a pure racist and simply a lunatic. He should have never been allowed to work as an FBi Agent. Solving a murder case is not an emotional thing. You don't interject your emotional bias into an investigation. He and his Federal Agents don't have any self control given this kind of forced racial epithet of using dad against his own child to call her a degrading word and again all of the drugging and the attempted murders of our family by him and his agency.

Now, one can infer that he would hide evidence regarding the death of that black man in San Pedro,CA, that was possibly a Federal Agent. Three of his famous quotes are," you pissed us off," "do you see anything happening to us?" and "there ain't no such thing as playing fair." He thinks that he and his Corrupt Agents are above the law, because they work for the FBi. No one is above the law in this country.

First, unbeknownst to me, FBi Agents drugged me up and sent my friend Joseph McDaniel to a prison in Sacramento,CA to probe me about a fight that fake thug Dale Renfro had decades after I left San Pedro,CA. I responded, I have never witnessed Mr. Renfro put his hands on anyone in my life, because it is out of his character. Now, I

believe Dale Renfro is one of the suspects in this murder investigation. Nevertheless, this response clearly tells you that I knew nothing about a murder fight if he committed it.

Secondly, FBi Agents drugged me up and attempted to use suspect Monie Williams,I believe decades after this interview with Joseph McDaniel at that prison to force information on me about Dale Renfro fighting another man. Again, I responded, I have never witnessed Mr. Renfro put his hands on anyone, because it is out of his character. FBi Agent Helicopterman then instructed Monie Williams to physically attack me. I walked away from him. Likewise, I have never witnessed Mr. Williams put his hands on anyone in my life as well, it is out of his character.
**FBi Agent Coach Helicopter man was in the background coaching this man on what to say to me and do.**
**Now one can infer, why is Monie Williams forcing information on me about a fight I didn't witness nor commit decades later? Did he falsely accuse me of this murder? Additionally, if Mr. Williams is one of the alleged suspects in this murder case, why was he out of jail for so long? Is it because he is suspect FBi Agent Phillip Jefferson homeboy and seeking to shield Mr. Jefferson from this murder?** I believe Corrupt FBi Agents and Corrupt Police Officers in the San Pedro Police Department attempted to **entrap me** for this murder and to sell Crack Cocaine and let suspect murder Monie Willaims and suspect Dale Renfro walk free for this crime. Nevertheless, my response clearly tells you that I didn't know anything about a fight murder. **This was an unlawful entrapment.**

Thirdly, FBi Agents drugged me up and attempted to use suspect Dale Renfro at a park in San Pedro,CA, I believe decades after this man was beaten to death to utter excessive kind words towards me, in an attempt to deceive me into helping shield himself from this murder. **I refused. Also, if Mr. Renfro is one of the alleged suspects in this murder case, why was he out of jail for so long? Is it because he is suspect FBi Agent Phillip Jefferson homeboy? Nevertheless, he should have just boldly told me directly what he really wanted from me and I would have given him a response right then and there, he wouldn't have liked it and that was very unbecoming of a gentleman. FBi Agent Coach Helicopter man was in the background coaching this man on what to say to me and do. This was an unlawful entrapment.**

Fourthly, FBi Agents drugged me up and used some fake thugs in San Pedro,CA, specifically a man who goes by the name of **2 Shay Murry**." He told me that my Mom once shielded him from the police, now I need to shield them." I didn't know what this

man was talking about and I didn't pay him any attention. Nevertheless, his statement clearly tells you that I didn't know anything about any fight or murder, because this man was unbeknownst to me attempting to ask me to shield some murderers who I didn't have any knowledge about. I refused. **FBi Agent Coach Helicopter man was in the background coaching this man on what to say to me and do. This was an unlawful entrapment.**

Fifthly, FBi Agents drugged me up and attempted to use notorious gangster Jimbo Trice brother Donald Scoggins/Trice to force me to fight with a young black man in San Pedro,CA. I never saw this man before in my life and quite frankly, why would I fight with this man? I looked at Don like he was crazy. Nevertheless, I stood his gangster brother down who was a bully and a known rapist in San Pedro,CA. He attempted to bully me into his gang and for wearing a red wave cap in our old neighborhood of Crips. I put my chest in his brother's face and told him to get out of my face with that gangster stuff. **FBi Agent Coach Helicopter man was in the background coaching this man on what to say to me and do. Jimbo Trice and Butchy Rimbo are going to make excellent witnesses for me against the FBi if I am ever called to trial.**

In addition, I believe that FBi Agents are looking for a man my height and complexion. I believe that man is their own Agent, FBi Agent Phillip Jefferson, who goes by the slogan, **I shall crip till I die**, because a mysterious man at a local 7'11 store out of San Jose, CA, approached me around the same time that the deceased man brother was attempting to fight with me at my church and stated to me," long time no see." I believe he was looking for Mr. Dale Renfro's right hand man,homeboy and sidekick who rode around with Mr. Renfro in his lowrider. That is fake thug FBi Agent Phillip Jefferson. Again, I believe that corrupt FBi Agents, corrupt LAPD/SPPD officers, these fake thugs are the **Proximate Cause** of that man's death. Assuming this fight took place in the ghetto/projects. Personally, I have never witnessed a man who came into that neighborhood in my entire life that spat on another man and called that person a nigger and was beaten to death. **Furthermore, based on my experience and years living in the ghettos, their is no such person that would come into any ghetto projects and spit on another man liked FBi Agents have been spitting on me and calling me a nigger for years unless he had a loaded pistol on his person or he had a relationship with the alleged orchestrator of the fight. This murder investigation makes no sense whatsoever assuming it arose out of the ghetto projects. I believe it to be another FBi fraudulent fight vs. FBi fraudulent fight that went wrong.**

**If I am incorrect, let the Federal Bureau of investigation and the San Pedro Police Department clear themselves of this murder. I don't think they can by any measures. Furthermore, if I need to consult with some of the Original Gangsters out of Los Angeles, Oakland, Richmond, and San Francisco, CA, regarding my years of experience living in the Ghettos, all I need to do is go up to San Quentin State prison and present this fairytale to them and I bet they would start laughing.**

**Also, if I was such a murderer or violent man, why didn't I kill the unknown FBi Agents who spat on me years ago and assaulted me numerous times?**

**Moreover, FBi Agent Phillip Jefferson entrapped me to fight with him and Mexican FBi Agent Larry Camez and tried to get me to fight with other Mexicans and**

**attempted to get me to rob a Mexican in San Pedro,CA. Likewise, I believe he entrapped suspects Monie Williams and Dale Renfro into this fraudulent fight that sent them to prison for a murder that they wouldn't ordinarily commit. Again, I have personally never witnessed these men get into trouble with anyone. I believe FBi Agent Phillip Jefferson is the one we are looking for.**
**If I am incorrect, clear this man once and for all.**

**Now let us take a look at FBi Agent Coach Helicopter man's statements of bias and actions:**

Again, FBi Agent Helicopter man used some form of psychological technique on me to force me to call my youngest daughter a "nigger" in San Jose,CA. I have never used such language toward her or anyone else in my life. I don't even use that word even in a joking manner. Now what is FBi Agent Helicopter state of mind, given this kind of behavior. One can infer that he is a pure racist and simply a lunatic.

FBi Agent Helicopterman stated to me, if something happens to my ex-wife who is an FBi Agent, "you want be able to flip a burger in this country." He is speaking about a country my ancestors help build. My ex-wife is not these corrupt FBi Agents problems. They almost got her and our family killed based on their fraudulent murder and rape investigation of me. Again, I believe they killed our unborn child. I believe FBi Agent Helicopter man is seeking to shield/cover his white corrupt FBi Agents for murders,attempted murders and for intentionally letting the murderer(s ) walk free. He doesn't want her to testify in court against them. She is a very powerful witness against them and she could potentially send them to jail. I bet he gave her some extra bonus money to help cover up the attempted murder of our family and our unborn child.

Again, "there is aint no such thing as playing fair." With that statement, you can't trust **FBi Agent Coach Helicopterman investigation and the egregious violent crimes already committed against our family by his corrupt agents and police officers. He did nothing to protect our family.**

FBi Agent Helicopterman also stated,"what would happen to you if you did that to that white woman?". I didn't hear the rest of his statement. I only heard this part.This sounds like a clear statement of retaliation by a white corrupt FBi Agent for a white woman clerk who exited her 7 '11 store and started verbally and physically assaulting me from behind over some stolen cookies in the 7th Grade and white San Pedro Police Officer Jinx unlawfully arrested me for defending myself against her unlawful assaults on me and another San Pedro Police Officer called me a nigger and attempted to shoot me down.

They didn't arrest the white clerk.

"Plaintiff, you take your jokes too far!"
Corrupt FBi Agents unknowingly drugged me up and infused me with some of those **dirty jokes** which I told one white FBi Agent over the phone and it inflamed some of them and they became pissed off and emotionally involved in this case and attempted to kill our family and then they let the murderers who committed this murder walk free to kill again. Nevertheless, I am a comedian who likes to poke a little fun at people, However, I know my limitations.

"Plaintiff you are in the clear!"
"FBi Agents told me you are in the clear." That is very clear from the evidence and from the above FBi witnesses. FBi Agents are not in the clear regarding this murder and the attempted murder of our FBi Agent family.

"Plaintiff your case pays out later." Cases like this never pay out for damages for the deceased black man and for our family suffering.

"Plaintiff, you don't have any money." You can't compare money to a dead human being. **But, we do have money and this was an open and close case that should have never been investigated nor any money spent on it.** FBi Agent Helicopter man has been working day and night to destroy my personal businesses to stop me from making money to take care of my family and pursue these criminals.

FBi Agent Helicopterman asked me, "Plaintiff how many houses do you have for sale?

That is not a deciding factor in a murder investigation. However, FBi Agent Helicopter man has worked to put me out of business and to defame me in front of my kids. That didn't work. My kids know very well that I am a very hard working man and FBi Agents know it as well now.

"Plaintiff, you are cutting off your food." I am not worried about any food. We are going to hold those responsible for committing this murder and those FBi Agents who intentionally attempted to kill our family and who let the murderer or murderers walk free to kill innocent people for decades. We are seeking justice for that deceased blackman and for our family.

Again, "do you see anything happening to us?" FBi Agent Helicopter man and his corrupt Agents think they are above the law, because they work for the FBi. They should be immediately removed from this investigation and jailed for stealing money from a dead black man and the Government.

FBi Agents had a San Pedro Police Officer and a Santa Clara Police Officer attempt to shoot me an innocent man down in the streets when I posed no threat or harm.

**FBi Agent Coach Helicopterman over this murder investigation supported this unlawful behavior by corrupt FBi Agents and Police officers when he knew that I didn't provoke these officers in a disrespectful manner. Again, he never arrested anyone who caused our family any harm.** He embraced them and supported them. Also, he didn't arrest the alleged murderers, suspect murder Dale Renfro and suspect murderer Monie Williams, until I started filing legal documents into the United States Federal District Court decades later. **He waited** and attempted to use these two fake thugs to deceive me into helping shield them from this murder and again he told suspect Monie Williams to physically attack me. This was a trick/ruse, because I believe **FBi Agents attempted to let the true murderers walk free. Again, I believe the true murderers are corrupt FBi Agents and San Pedro/ Los Angeles Police officers that are listed above.**

Again, FBi Agent Helicopterman just simply tried to retaliate against me, because according to him, "I pissed them off," because two white FBi Agents who came into a night club years ago and started verbally and physically attacking me an innocent man and another blackman and stated that they were going to," "whoop our mother fucking ass." We defended ourselves and got them off of us. Now I know, all these men were FBi Agents. **This is how FBi Agent Helicopterman got the idea for me to help shield these thugs. He failed.**

This was an investigation that never should have transpired against me, because the FBi evidence clearly didn't match me in the first place. FBi Agents then attempted to **force evidence on me like nicotine and caffeine using Corrupt FBi Agents,** because they allegedly found a cigarette at the scene of a crime.

**That cigarette belongs to a distinctive group of people in that neighborhood,possibly FBi Agent Phillip Jefferson best friend, fake thug Dale Renfro. That cigarette is called a "Primo" and it is laced with crushed crack cocaine. Please exhibit C, an example of a mocked cigarette.** I can't confirm that he did the crime, because I didn't see him commit it. I personally hate cigarettes and I am a non-drug and non-alcohol user.

I am a former athlete who played football,ran track, lifted weights,played recreational basketball,cyclist,racquet ball player,jogger, ran 5k's & 10k's,swimmer,surfer,fisherman,skateboarder, and San Jose State bleacher man. I needed no caffeine or nicotine or pure sugar. .

Again, they let the murderer walk free for decades on this murder case that I believe was already solved at its beginning and I believe the Federal Bureau of Investigation and San Pedro Police Department attempted to conceal the truth. **I am going after the man who unlawfully arrested me in the 7th Grade, White Officer Jinx of the San Pedro Police Department, his white Captain, FBi Agent Phillip Jefferson and FBi Agent Larry Camez.**

Again, if I am wrong, let the Federal Bureau of investigation and the Los Angeles/ San Pedro Police Department clear themselves of this murder? I don't believe they can.

**Lastly, FBi Agent Helicopterman doesn't have any self control of himself. All I have to do is hit him with the truth and he starts to jump up and down in his helicopter pissed off. FBi Helicopterman has FOIA information on suspect FBi Agent Phillip Jefferson,suspect FBi Agent Larry Camez, San Pedro Police Officer Jinx and his white Captain. Why doesn't he just hand over that information to me? I currently have a FOIA lawsuit filed in the United States Federal District Court to obtain that information. He is withholding that information from me so I will not be successful against the FBi and the San Pedro Police Department and these fake thugs. He is going to have to produce it sooner or later in court or he can just simply be a gentleman and email it to me or put it in the mail. Either way we are going to get that information. Nevertheless, He did provide my brother in Hemet,CA with information on my mom's ex-boy friend a suspect who I believe**

**worked in concert with a white principal of the Los Angeles Unified School District, who I believe entrapped me to be sexually assaulted as a child, alias Sonnyman the Sandwich man. I believe they said his real name was George Price. However, he did not provide me with the white principal name. Again, I have a FOIA Lawsuit filed in court to obtain that information on him as well. FBi Agent Helicopter Man and his team have that information, but they will not provide it to me.**

G.F. Norman

Garred Farell Norman.

**<u>EXhibit A</u>**

**Please see my attached list of health issues as Exhibit A,**

Garred F. Norman
P.O Box 53243,
San Jose,CA 95153
Email:1family1pk@gmail.com
Mobile# (510) 646-7815

Dated: 7.2.2026

These medical issues are all linked to the Federal Bureau of investigation.,FBi, fraudulent murder investigation of me and continuous poisoning of me with unlawful drugs.

**Current issues are:** Patient Needs MRI/Cat Scan, of the brain and left leg,etc.,

1.Poor Doctor Support/ My previous doctors were FBi Agents
2.FBi Agents **continuously poisoned me**, I noticed a blue substance protruding from my head and suffered tremendously.
3.Blood Clot,Aneurysm, Cyst, left leg
4.Gray Harris
5.Blurry Vision -Present
6.Loss of testosterone
7.Broken teeth/holes in the teeth,brittle teeth
8.Doctor's failed to draw my blood at the hospitals when FBi Agents infused me with drugs.
9. They poisoned my food
10. Memory Loss
11. Hotspots in the face & foot/ tingling sensation
12. Mental support needed for our family
13.Psychology support needed for our the family
14.Swollen Ankles
15. Low blood level/anemic
16. Gluttony/Snacking
17. Impotency

Previous issues

1. Previous/Tuberculosis, I believe FBi Agents infused me with Tuberculosis in San Jose,CA
2. Walking Pneumonia
3. Fracture Pelvic Bone
4. Weak Joints
5.Fracture Rib
6. Mental Zoning/Almost had some car wrecks, FBi Agents drugged me up!
7. Punctured holes in the abdomen area,FBi Agents sicked some vicious pet pulls on me while I was working my Real Business, door 2 door
8. Impatient/irritated/panic mode

9. Light headed
10.Psychological Control System was off
11.Occasionally Sleepy
12. Left leg/injured at Amazon
13. Equilibrium was off
14. Weak/Sore joints in the inner thigh area
15. Biting on silverware

Respectfully,

Garred F. Norman

**Exhibit B**
**Suspected FBi Agent murderer**

**Mr. Jefferson's background attached to this Affidavit as Exhibit B, dated December 31,2025.**

U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

December 31, 2025

GARRED FARRELL NORMAN
POST OFFICE BOX 53243
SAN JOSE, CA 95153

Request No.: 1453303-001
Subject: JEFFERSON, PHILLIP
(Et. Al.)

Dear Garred Norman:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA Request Number listed above has been assigned to your request. Below you will find information relevant to your request. Please read each paragraph carefully.

You have requested records on one or more third party individuals. Please be advised the FBI will neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C). The mere acknowledgement of the existence of FBI records on third party individuals could reasonably be expected to constitute an unwarranted invasion of personal privacy. This is our standard response to such requests and should not be taken to mean that records do, or do not, exist. As a result, your request has been closed. Please visit www.fbi.gov/foia and select "Requesting FBI Records" for more information about making requests for records on third party individuals (living or deceased).

If you submitted your request through the FBI's eFOIPA portal and you are receiving correspondence through standard mail, it was determined your request did not meet the eFOIPA terms of service.

Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.
- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Enclosed for your information is a copy of the Explanation of Exemptions.

Sincerely,

Amie M. Napier

Amie M. Napier
Section Chief
Record/Information Dissemination Section
Information Management Division

Enclosure

**Exhibit C**

**That cigarette is called a "Primo" and it is laced with crushed crack cocaine. Please exhibit C, an example of a mocked cigarette.**

Garred Farrell Norman
P.O BOX 104
Oakland, CA 94604

Retail

RDC 99

95113

U.S. POSTAGE PAID
FCM LG ENV
BERKELEY, CA 94704
JUL 27, 2026

$2.85

S2324E500393-43

United States Federal District Court
OFFice of the Clerk
Judge James Ware
280 S. 1st
San Jose, CA 95113

INSPECTED BY
U.S. [illegible]
JUL 29 2026
[illegible]