Garred F. Norman
P.O Box 104
Oakland,CA 94604
Phone: (510) 646-7815 or (510) 993-4805
Email: 1family1pk@gmail.com

8.7.2026

9th Appellate Court Clerk,

I am re-submitting my complaints which I previously submitted to the Appellate court on April 17,2026 regarding United States Federal District Court Judges and FBi Agent Lawyers who intentionally sabotaged my cases posing as lawyers in the Northern District Court of California and the State Superior Courts of California in the following list of attached Complaints.

The Appellate Court is seeking to hold me responsible for following the same standards as professional lawyers when filing complaints to the 9th Appellate Court and it rejected all of my complaints.

I am not a lawyer, I am a former Pro Se Plaintiff and Appellant in the following attached list of cases. A Pro se litigant is not held to the same Professional standards as a lawyer. Quoting: Under the long-standing legal doctrine established in cases like *Haines v. Kerner*, courts hold Pro se (unrepresented) litigants' court submissions to less stringent standards than formal pleadings drafted by lawyers, meaning a judge will read a pro se filing generously to see if a valid claim can be reasonably stated.

If the Appellate Court wishes to appoint me an Attorney they have the power to do so. I would accept the support, because my previous appeals and some of my court cases have been based on the Constitutional Liberty right to hire an attorney similar to other American Citizens and non-citizens..

Furthermore, The United States Federal District Court,Superior Court and the Appellate Court supported corrupt Federal Agents and Police officers. They allowed a murder or murderers to walk free while they worked in concert with Judges to intentionally dismiss all of my cases before the courts and attempted to murder our Federal Agent family. These matters have been submitted to the President of the United States, Congress and to the U.S Department of Justice.

In addition, the District Court is now attempting to change its disposition on Plaintiff in the court on its last ruling in my current case before the court, stating that Mr. Norman is

Garred F. Norman
P.O Box 104
Oakland,CA 94604
Phone: (510) 646-7815 or (510) 993-4805
Email: 1family1pk@gmail.com

free to hire an Attorney. This is a fundamental right for all citizens and non citizens. This is too little and too late.

The FBi have put surveillance on all of my current and previous cell phones and stole some of them. They have instructed all attorneys under the State Bar of California to not support our family's urgent legal matters and used the State of California to supply me with fraudulent FBi attorneys..

Moreover, they attempted to **drug me to a murder conviction and a rape of FBi Agents**. I destroyed both of these fraudulent charges using their own FBi Agents.

Now they are simply seeking to build a fraudulent indirect murder case against me and using my diet/food and water.

How do I know? Because the head FBi Agent over this murder case is desperate and opens his big mouth too much.

He is attempting to use water, peanut butter and chocolate to make out a case against me. I drink a lot of water per day and I never used chocolate nor peanut butter excessively in my life. Any time that I used an excessive amount of Chocolate or peanut butter, that is drugged induce. Please see the gray hairs on my head and the missing teeth from my mouth.

In addition, I am submitting exhibit A, a recent tooth that fell out of my mouth because FBi Agents have been drugging me up for around forty years.

Lastly, Please accept my complaints and investigate these urgent matters. We will not support FBi Agents who intentionally let a murder(s) walk free to kill again nor FBi Agents who attempted to murder their own Federal Agent family.

Sincerely,

__________________________

Garred Farrell Norman

Garred F. Norman
P.O Box 104
Oakland,CA 94604
Phone: (510) 646-7815 or (510) 993-4805
Email: 1family1pk@gmail.com