Garred Farrell Norman
P.O BOX 104
OAKLAND,CA 94604
PH#(510) 646-7815
Email:1FAMILY1PK@GMAIL.COM

Greeting Assistant Attorney General  A. Tysen Duva,

This matter is regarding the U.S Department of Justice, A Federal Agent and a U. S District Judge.

The Defendants were properly served and accepted service from either U.S Marshals, Highway Patrol Officers, Sheriff Officers or their personal security officers for their Civil Rights lawsuit or FOIA lawsuit.

The lead FBi Agents over this fraudulent murder investigation took back the lawsuits from the U.S Marshals and instructed the Clerk at the United States Federal District Court to send back the documents to me which weren't handed over to the District Court Clerk. Again, the documents were given directly to the Marshals in both cases for service.

Furthermore, the lead FBi Agent in our FOIA lawsuit didn't attempt to send back the FOIA lawsuits, only the Civil Rights Lawsuits.

Attorney General Rob Bonta and Governor Gavin Newsom were served in the same manner and accepted service and responded.

I am attaching the three lawsuits in this letter to ensure that you will have them safely delivered to the defendants.

Sincerely,

______________________________

Garred Farrell Norman

U.S. Department of Justice
Criminal Division
Assistant Attorney General
A. Tysen Duva
950 Pennsylvania, NW
Washington,DC 20530-0001
Phone# (202) 514 2000
Phone (202) 514-3435

Garred Farrell Norman
P.O BOX 104
OAKLAND,CA 94604
PH#(510) 646-7815
Email:1FAMILY1PK@GMAIL.COM

.