Garred Farrell Norman
P.O Box 104
Oakland, CA, 94604
Phone# (510)646-7815
Email:1family1pk@gmail.com

Garred Norman, IN PRO PER

UNITED STATES FEDERAL DISTRICT COURT

FOR THE THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED FARRELL NORMAN,<br>Plaintiff,<br>vs.<br>UNITED STATES FEDERAL DEPARTMENT OF JUSTICE,et al,<br>Defendants, | RE: Case# 4:26-cv-04949-AMO<br><br>PLAINTIFF'S TEMPORARY RESTRAINING ORDER |

Now, here comes Plaintiff moving the United States Federal District Court for an urgent Temporary Restraining order after filing several Civil Rights lawsuits to **hire** an Attorney and contacting hundreds of Attorneys regarding a fundamental right to hire an Attorney that is available to all citizens and non-citizens. **All the defendants should be undeniably in support of my legal rights to retain an Attorney, because they have hired Attorneys for themselves to defend in this lawsuit.** The U.S Department of Justice, The United States District Court, The Federal Bureau of Investigation, The California Department of Justice, the Governor's Office and The State Bar of California is built on the Constitution and on the fundamental principles of Civil Rights. They are held in the highest regard in America, but have changed course against Plaintiff. They have discriminated against Plaintiff and his family. They have supported corrupt Federal Agents and corrupt Police officers who intentionally let a murderer or murderers walk

free who killed a suspected black FBi Agent and attempted to kill our Federal Agent and U.S Citizen family. They committed very violent acts on our family. I believe the alleged killers, suspected fake thug Dale Renfro and suspected fake thug Monie Williams are FBi Agent Phillip Jefferson and FBi Agent Larry Camez best friends/homeboys. I believe these fake thugs were entrapped into committing this crime by the above Federal Agents.

1. The court in its most recent order dated July 23,2026 to Plaintiff, stated that they agree," that Plaintiff is free to hire an Attorney." However, the court has a great relationship with the FBi who has been tapping my cell phones and computers for years attempting to prohibit me from hiring an Attorney to support our Federal and U.S family. The court ruling is a farce, because they inherently know that FBi Agents are on the other side of all my cellphone calls coaching lawyers and people on what to say to Plaintiff. The lead FBi Agent Coach Helicopter man knows that he is in a lot of trouble with the law. He even attempted to coach the suspected murderer(s) to deceive me into helping shield themselves from this murder while FBi Agents drugged me up. He failed miserably. This a murder I didn't witness nor commit nor have any knowledge of and the evidence never matched me in the first place. A cigarette laced with crack cocaine. I am a non cigarette smoker, non drug user and non alcohol user. **I hate cigarettes and I don't like gangsters. Please see exhibit A,**

**The FBi never had probable cause against Plaintiff:**

**Probable cause** to make an arrest provides an absolute defense to 1983 claims of false arrest or illegal seizure under the Fourth Amendment. Law-enforcement officials have probable cause to make an arrest when the facts and circumstance within their knowledge and of which they had reasonably trustworthy information, were sufficient in themselves to warrant a man of reasonable caution in the belief that an offense has been or is being committed.

**When addressing the question of probable cause**, a totality-of-the circumstances approach is followed. When a court evaluates whether probable cause existed for an arrest or search, it does not do so as an **omniscient** observer…but on the facts as they would have appeared to a reasonable person in the position of the arresting officer-seeing what he saw. Hearing what he heard. Whether probable cause exists depends on the information known to the officer at the time of the arrest, **not on later developed information by the Federal Bureau of Investigation, FBi.** Intricacies of Federal Section 1983 Civil Rights Claims by Steven M. Puiszis.

2. Plaintiff is seeking a **Temporary restraining Court** order to have Federal Agents stop posing as Attorneys,  doctors and dentists and legal professionals. **Plaintiff is in dire need of these emergency services for his family and himself.**

3. **Please see exhibit B,**

4. In addition, Plaintiff's is moving for a **Temporary restraining order to  prohibit the defendants from using dangerous drugs on Plaintif**f, they drugged me out of my original state mine,good health,home and away from my family.

5. **In addition, Plaintiff's is moving for a Temporary restraining order to  prohibit the defendants from** kidnapping, deceiving,using fear and forcing on our children to work for the Federal Bureau of investigation. FBi Agent Coach Helicopter man, even stole our children's personal data off their computers to help deceive them to work for his agency. This has caused them years of trauma and irreparable harm by not seeing their dad on a regular basis who primarily took care of them. They are in need of great psychological support.

**The Plaintiff is also seeking a temporary restraining order for his wife, because the FBi  has forced his ex-wife into prostitution as a young girl to work for them.**

Furthermore, Plaintiff is seeking a **Temporary restraining Court order** to have an unlawful bug/wire removed from my tooth that was put into it  by  Dentist  Dr. Higgins out of San Jose,CA and was ordered by the Head FBi Agent over this murder investigation, FBi Agent Coach Helicopter man. **This is unlawful.**

Also, Plaintiff is seeking a **Temporary restraining Court order,** because he lost millions of dollars in personal and investment properties and in his real estate businesses due to the Federal Bureau of Investigation fraudulent murder investigation of Plaintiff, an innocent man. Plaintiff is seeking an order to prohibit the Federal Bureau of investigation from continuously interfering my businesses

Plaintiff is seeking a **Temporary restraining Court order,** because the FBi deceived Plaintiff into marrying a Federal Agent Prostitute who the FBi attempted to use to destroy Plaintiff and then they set our family up  to be killed by federal Agents and corrupt police officers. These individuals committed very violent acts on our family. **We need an order from the court restraining the FBi from committing violent acts on our family, including attempted murder of us.**

Plaintiff is seeking an order prohibiting the FBi from committing violence acts on our family and forcing our children to work for the FBi. Plaintiff is asking for the court and presiding Judge to submit these crimes to the U.S. Department of Justice for prosecution of the Defendants.

Plaintiff is seeking a **Temporary restraining Court order** because the Defendants want to keep Plaintiff out on the streets, because Plaintiff is reporting these unlawfully conducts by the Defendants to the President of the United States, Donald Trump,Congress, the United States Department of Justice, the State Department of Justice,**FBi Director Kash Patel** and standing up for justice against Modern Day Slavery and for the deceased black man and for FBi children and FBi prostitutes.

Plaintiff is seeking a **Temporary restraining Court order** because, Plaintiffs have been offered bribes from FBi Agent Coach Helicopter man, Money, food and shelter. I will not accept any bribes from any corrupt FBi Agents for these violent crimes on our family and for the brutal beating to death of a human being.

They have broken the laws and now they are carrying out Modern Day Slavery on Plaintiff and his family by discriminating against Plaintiff in denying him a right to hire an Attorney and treating Plaintiff and his family unequally in violation of the Constitution of the United States of America.

The defendants have not filed any criminal charges on any of these corrupt Federal Agents and Police Officers who were involved in the attempt to kill Plaintiff and his Federal and U.S Citizen family.

Plaintiff is seeking a **Temporary restraining court order denying** Plaintiff emergency housing,jobs,and the ability to see his daughters on a regular basis that he primarily took care of. Our Children and my wife need urgent psychological support and counseling. **Again, I believe my ex-wife was forced to work for the FBi as a prostitute at a young age.**

The Defendants supported the FBi directly or indirectly with these violent crimes on our family and the brutal beating to the death of that African American suspected FBi Agent.

Again, FBi Agent Helicopterman and his corrupt Federal Agents intentionally let a murderer(s) walk free to kill other innocent people and they boasted and bragged about it. He stated and I quote, “do you see anything happening to us.” These are his exact words and not my words. Him and his corrupt agents think they are above the law here in America.

This was a drugged induced fraudulent murder investigation of Plaintiff, FBi Agents attempted to force a murder on Plaintiff, a rape, gangster, nicotine, caffeine, coffee, chocolate, over snacking, chewing tobacco, sodomy and aggressive towards people,my list of health issues are the evidence and we have the FBi perpetrators. FBi Jim Close, FBi Agent Earl, FBi Dennis Lester, FBi Agent Mod Henderson, FBi Agent Filipino Woman Monterey Grove, Fruit Cakes and Red Lobster,Coffee Houses,Starbuck and Peet's Coffee,etc.

Lastly, the defendants aided the FBi in denying Plaintiff and his family Constitutional fundamental rights to hire an Attorney, when they are allowed to have them for their families and they are held in the highest and ethical regards here in the United States of America. The defendants have attempted to blindfold justice, but these matters have already been submitted to our Heads of States and they are well positioned to bring criminal charges against corrupt Federal Agents and Police officers and these fake thugs.

DATED: September 5, 2026

Your signature

_______________________

Garred Farrell Norman

In Pro Per

**Exhibit: A**

A mock cigarette laced with crack cocaine/baby powder
and asphalt rocks

**Exhibit: B**

My list of health issues