Garred Farrell Norman
P.O Box 104
Oakland,CA 94604
Phone Number (510) 646-7815
Email:1family1pk@gmail.com

Garred Farrell Norman, IN PRO PER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED FARRELL NORMAN,<br><br>PLAINTIFF,<br><br>v.<br><br>U.S DEPARTMENT OF JUSTICE,et al,<br><br>DEFENDANTS, | RE: Case# 4:26-cv-04949-AMO<br><br>DECLARATION OF GARRED FARRELL NORMAN IN SUPPORT OF HIS MOTION FOR A TEMPORARY RESTRAINING ORDER |

Plaintiffs submit that the information stated in his Motion and Declaration is correct to the best of his ability and he **Nicknamed** John Doe, **Coach** Helicopter man because he has attempted to coach a direct evidence and indirect evidence case against me for a murder and a rape of an FBi Prostitute. **He has failed. It must be noted, that if anyone accuses me of these ugly crimes,God, my Lord and my Savior Jesus Christ and myself we are coming out to get you and we have demonstrated it.**

I will attest to the following information stated in my Motion and will testify to such under penalty and perjury that the foregoing is true to the best of my knowledge and ability.

Respectfully Submitted, 9.5.2026

________________________

Garred Farrell Norman