UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GARRED FARRELL NORMAN,

Plaintiff - Appellant,

v.

TODD BLANCHE, Attorney General; et al.,

Defendants - Appellees.

No. 26-4780

D.C. No.
4:26-cv-04949-AMO
Northern District of California,
Oakland

ORDER

Before: HURWITZ, VANDYKE, and SUNG, Circuit Judges.

The motion (Docket Entry No. 3) to dismiss this appeal for lack of jurisdiction is granted. *See* 28 U.S.C. § 1291.

All other pending motions are denied as moot.

**DISMISSED.**