Garred Farrell Norman
P.O BOX 104
OAKLAND,CA 94604
PH#(510) 646-7815
Email:1FAMILY1PK@GMAIL.COM

**Date:** September 22, 2026

**To:** The Honorable Judge Araceli Martínez-Olguín

**Court Name:** United States District Court

**Case Number:** Case No. 4:26-cv-04949-AMO

**Case Name:** Garred Farrell Norman v. United States District Court

**Re: Request to Appoint Counsel / Assignment of an Attorney**

Dear Judge Araceli Martínez-Olguín,

I am writing to formally request that the court appoint an attorney to represent and support me in my current case.

I am currently at a severe disadvantage navigating these legal proceedings on my own. Furthermore, I do not have the financial means to retain private legal counsel. I am ready to fill out any required financial affidavits or eligibility forms to prove my indigent status to the court.

Thank you for your time, consideration, and support in ensuring a fair trial.

Sincerely,

---

**Garred Farrell Norman**

(510) 646-7815

1family1pk@gmail.com

---

T