Garred Farrell Norman
P.O Box 104
Oakland,CA, 94604
(510) 646-7815
1family1pk@gmail.com

Garred Farrell Norman, In Pro Per

UNITED STATES FEDERAL DISTRICT COURT

FOR THE THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED FARRELL NORMAN,<br>Plaintiff,<br>vs.<br>UNITED STATES FEDERAL<br>DEPARTMENT OF JUSTICE,et al,<br>Defendants, | Case No.4:26-cv-04949-AMO<br><br>DECLARATION IN SUPPORT OF PLAINTIFF NOTICE OF MOTION AND REQUEST FOR AN APPOINTMENT OF AN ATTORNEY<br><br>Hearing Date:OCTOBER 8, 2026<br>Time: 10:00 AM<br>Location: Courtroom ,<br>Judge:Hon.**AraceliMartínez-Olguín** |

Dear Judge Araceli Martínez-Olguín,

I am writing to formally request that the court appoint an attorney to represent and support me in my current case.

I am currently at a severe disadvantage navigating these legal proceedings on my own. Furthermore, I do not have the financial means to retain private legal counsel. I am

ready to fill out any required financial affidavits or eligibility forms to prove my indigent status to the court.

Thank you for your time, consideration, and support in ensuring a fair trial.

Sincerely,

__________________________

**Garred Farrell Norman**

(510) 646-7815

1family1pk@gmail.com

T