Garred Farrell Norman
P.O BOX 104
OAKLAND,CA 94604
PH#(510) 646-7815
Email:1FAMILY1PK@GMAIL.COM

Dear Judge Araceli,

Please be advised that I will not be able to attend my hearing for an appointment of an Attorney on October 8, 2026 at 2:00 AM. This is my sleep time as I prepare to work my graveyard shift at Amazon.

Please rule on my motion without my attendance.

Thank you and I look forward to receiving your ruling and a court appointed attorney to support my pending case.

Sincerely,

________________________

Garred Farrell Norman