FILED

OCT 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TRUNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GARRED FARRELL NORMAN,

Plaintiff - Appellant,

v.

TODD BLANCHE, Attorney General; et al.,

Defendants - Appellees.

No. 26-6467

D.C. No. 4:26-cv-04949-AMO
Northern District of California, Oakland

ORDER

Before: W. FLETCHER, DESAI, and DE ALBA, Circuit Judges.

This court lacks jurisdiction over this appeal because the September 11, 2026 order challenged in the notice of appeal is not final or immediately appealable. *See* 28 U.S.C. § 1291; *Religious Tech. Ctr. v. Scott*, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

**DISMISSED.**